OPINION — AG — ** SEWER DISTRICTS — LANDOWNERS — PROPERTY — PROCEDURES ** (1) WHERE A RURAL WATER, SEWER, GAS OR SOLID WASTE MANAGEMENT DISTRICT WISHES TO SELL A PORTION, BUT NOT ALL, OF ITS ASSETS TO ANOTHER ENTITY, AND SOME LANDOWNERS OF THE DISTRICT CONCURRENTLY WISH TO BE RELEASED FROM THE DISTRICT, THE SALE OF ASSETS IS GOVERNED BY 82 O.S. 1324.10 [82-1324.10] AND THE RELEASE OF LANDS IS GOVERNED BY 82 O.S. 1324.21 [82-1324.21] (2) THE USE OF PROCEEDS OF THE SALE OF A PORTION, BUT NOT ALL, OF THE ASSETS OF A RURAL WATER, SEWER, GAS OR SOLID WASTE MANAGEMENT DISTRICT IS A MANAGERIAL DECISION OF THE BOARD OF DIRECTORS, WHO OPERATE WITHIN THE PARAMETERS OF 82 O.S. 1324.11 [82-1324.11] (LANDOWNERS WISHED TO BE RELEASED FROM THE DISTRICT, PROCEEDS, ASSETS, GENERAL MEMBERSHIP) CITE: OPINION NO. 86-027, 82 O.S. 1324.1 [82-1324.1], 82 O.S. 1324.2 [82-1324.2](6), 82 O.S. 1324.4 [82-1324.4], 82 O.S. 1324.6 [82-1324.6], 82 O.S. 1324.7 [82-1324.7], 82 O.S. 1324.10 [82-1324.10](3), 82 O.S. 1324.10 [82-1324.10](7), 82 O.S. 1324.10 [82-1324.10](9), 82 O.S. 1324.10 [82-1324.10](10), 82 O.S. 1324.12 [82-1324.12], 82 O.S. 1324.20 [82-1324.20], 82 O.S. 1324.21 [82-1324.21], 82 O.S. 1324.11 [82-1324.11] (SUSAN BRIMER LOVING)